No. 215. STATE OF MISSOURI AT THE RELATION OF CITY OF SEDALIA *v.* PUBLIC SERVICE COMMISSION OF MISSOURI, ETC., ET AL. Error to the Supreme Court of the State of Missouri. Submitted January 30, 1920. Decided March 1, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Pawhuska* v. *Pawhuska Oil Co.*, 250 U. S. 394. See *Chicago* v. *Dempcy*, 250 U. S. 651. *Mr. Eugene C. Brockmeyer* for plaintiff in error. *Mr. James D. Lindsay* for defendants in error.

No. 277. LAFOREST L. SIMMONS *v.* JOE DUART. Error to the Superior Court of the State of Massachusetts. Motion to dismiss submitted February 2, 1920. Decided March 1, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Edward C. Stone* for plaintiff in error. *Mr. David R. Radovsky* for defendant in error.